UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

————

OLA AL ZUHAIRI,

      Plaintiff,

                                        Hon. Phillip J. Green

v.

                                        Case No. 1:25-cv-00568-PJG

UNITED STATES DEPARTMENT OF
STATE, et al.,

      Defendants,

_____/

## JUDGMENT

For the reasons set forth in the accompanying Opinion and Order, judgment is

hereby entered in defendants' favor on all plaintiffs' claims.

Date: March 27, 2026

                                        /s/ Phillip J. Green
                                        PHILLIP J. GREEN
                                        United States Magistrate Judge